**Davis Miles McGuire Gardner**

80 E. Rio Salado Parkway, Suite 401
Tempe, AZ  85281
Telephone:  (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Scott F. Gibson, SBN: 010884
sgibson@davismiles.com

Marshall R. Hunt, SBN: 031060
mhunt@davismiles.com
*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angela Morales, | **CASE NO. 2:15-cv-01087-DGC** |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| Tymon L.L.C., an Arizona limited liability company; Manal Elbasheir and Jane Doe Elbasheir, husband and wife | **(Hon. David G. Campbell)** |
| Defendants. | |

The parties hereby stipulate to dismiss with prejudice all claims asserted by Plaintiff Angela Morales against Defendants Tymon, LLC and Manal Elbasheir. Each party will bear its own attorneys' fees and costs of litigation.

1

DATED this 31st day of July, 2015.

        PHILLIPS DAYES

        By  */s/* Sean Davis (with permission)
         Trey Dayes
         Sean Davis
         Phillips Dayes
         3101 N. Central Ave., Suite 1500
         Phoenix, Arizona 85012
         *Attorneys for Plaintiff*

DAVIS MILES McGUIRE GARDNER, PLLC

        By  */s/* Marshall R. Hunt
         Scott F. Gibson
         Marshall R. Hunt
         80 East Rio Salado Pkwy., Suite 401
         Tempe, Arizona 85281
         *Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2015, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing via ECF notification and by U.S. Mail to the following:

Trey Dayes
Sean Davis
Phillips Dayes, A National Employment Law Firm
3101 N. Central Ave., Suite 1500
Phoenix, Arizona 85012

 /s/ Marshall Hunt

3