# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angela Morales, | NO. CV15-01087-PHX DGC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| Tymon L.L.C., an Arizona limited liability company; Manal Elbasheir and Jane Doe Elbasheir, husband and wife | |
| Defendants. | |

The Court has received the parties' stipulation to dismiss with prejudice. Doc. 12.

**IT IS ORDERED** that the parties' stipulation to dismiss with prejudice (Doc. 12) is **granted.** Plaintiff's Complaint is dismissed with prejudice. The Clerk shall terminate this case.

Dated this 4th day of August, 2015.

_David G. Campbell_
David G. Campbell
United States District Judge